IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TRE J. MCLAURIN                                                                       PETITIONER

v.                                        3:21-cv-00252-KGB-JJV

MARTY BOYD,                                                                           RESPONDENT
*Sheriff*

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

### DISPOSITION

Petitioner Tre McLaurin filed a *pro se* Petition for Writ of Habeas Corpus on December 13, 2021. (Doc. No. 1). On December 14, 2021, I entered an Order directing Petitioner to pay the $5.00 statutory filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs. (Doc. No. 2). Petitioner was given thirty (30) days to comply with the Order. (*Id*.) That time has passed, and Petitioner has failed to pay the filing fee or file a motion to proceed *in forma pauperis*.

To avoid dismissal, Petitioner should either pay the $5 statutory filing fee in full or file a proper and complete motion to proceed *in forma pauperis* during the fourteen (14) day objection period. Otherwise, this cause of action should be DISMISSED without prejudice in accordance

with Local Rule 5.5(c)(2).[1]

IT IS, THEREFORE, RECOMMENDED that unless Petitioner either pays the $5 filing fee or files a proper and complete motion to proceed *in forma pauperis* during the fourteen (14) day objection period, this cause of action (Doc. No. 1) should be DISMISSED without prejudice.

DATED this 18th day of January 2022.

                                           JOE J. VOLPE
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 5.5(c)(2) provides: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."