IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TRE J. McLAURIN**                                                                                       **PETITIONER**

v.                                           Case No. 3:21-cv-00252-KGB

**MARTY BOYD,** *et al.*                                                                        **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 3). Petitioner Tre J. McLaurin has not filed any objections, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Lackey's petition for failure to pay the filing fee or file a complete motion to proceed *in forma pauperis* and for failure to comply with Judge Volpe's December 14, 2021, Order (Dkt. Nos. 1; 2). The Court denies a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)-(2).

It is so ordered this the 17th day of January, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge