IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TRE J. McLAURIN**                                                                                    **PETITIONER**

v.                              Case No. 3:21-cv-00252-KGB

**MARTY BOYD,** *et al.*                                                                          **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Tre J. McLaurin's claims are dismissed without prejudice. The relief sought is denied.

So adjudged this the 17th day of January, 2023.

_____
Kristine G. Baker
United States District Judge